UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Chicago Teachers Union, Local 1 American Federation of Teachers, AFL–CIO, et al.

Plaintiff,

v.

Case No.: 1:12−cv−10311

Honorable Sara L. Ellis

Board of Education of the City of Chicago, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 9, 2015:

MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 12/9/2015. Plaintiffs' renewed motion to certify class [156] is granted. As stated on the record, the Court certifies the following class under FRCP 23(b)(2) and (b)(3): All African American persons employed by the Board of Education of the City of Chicago as a teacher or para−professional staff, as defined in the labor agreement between the Chicago Teachers Union and the Board of Education, in any school or attendance center subjected to reconstitution, or "turnaround," in the 2012 calendar year. Plaintiffs' motion for reconsideration of motion to compel [158] is granted as stated on the record. Plaintiffs' motion to consolidate cases [7] in 15−cv−8149 is granted for reasons stated on the record. 15−cv−8149 is now consolidated with 12−cv−10311. Status hearing set for April 6, 2016 at 9:30 am. Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.