IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TEACHERS UNION, LOCAL NO. 1, AMERICAN FEDERATION OF TEACHERS, AFL-CIO, et al., *Plaintiffs* v. BOARD OF EDUCATION OF THE CITY OF CHICAGO, a body politic and corporate, *Defendant.* | Case No. 12 CV 10311 Honorable Sara L. Ellis Judge Presiding |

## DEFENDANT BOARD OF EDUCATION OF THE CITY OF CHICAGO'S MOTION TO BAR THE EXPERT OPINIONS OF DR. JONATHAN WALKER

Defendant, the Board of Education of the City of Chicago (the "Board"), by its undersigned attorneys and pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.* 509 U.S. 579 (1993), moves to bar the opinions of Dr. Jonathan Walker, as set forth in his report dated August 12, 2016; report dated April 24, 2017; report dated May 28, 2018; deposition dated July 11, 2017; Declaration executed on July 20, 2017; and deposition dated February 2, 2018 (collectively, "Opinions") from being admitted as evidence in support of Plaintiffs' Motion for Summary Judgment, in Opposition to the Board's Motion for Summary Judgment or at trial, for the reasons set forth in Defendants' Memorandum in Support of its Daubert Motion to Strike Dr. Jonathan Walker's Opinions, and the exhibits thereto, which are filed simultaneously herewith and incorporated herein by reference.

WHEREFORE, the Board prays that this Court grants its motion, enter an order barring Dr. Walker's Opinions, from being admitted as evidence in support of Plaintiffs' Motion for

Summary Judgment, in opposition to the Board's Motion for Summary Judgment or at trial, and grant such other and further relief as this Court deems just.

| | |
|---|---|
| Dated: April 25, 2019 | BOARD OF EDUCATION FOR THE CITY OF CHICAGO |
| | By: */s/ Cary E. Donham* <br> One of Its Attorneys |
| Joseph Moriarity, General Counsel <br> BOARD OF EDUCATION FOR THE <br> CITY OF CHICAGO <br> 1 North Dearborn St., Suite 900 <br> Chicago, Illinois 60602 <br> (773) 553-1926 | Cary E. Donham (#6199385) <br> John F. Kennedy (#6196185) <br> Allison E. Czerniak (#6319273) <br> TAFT, STETTINIUS & HOLLISTER, LLP <br> 111 East Wacker Dr, Suite 2800 <br> Chicago, Illinois 60601 <br> (312) 527-4000 <br> cdonham@taftlaw.com <br> jkennedy@taftlaw.com <br> aczerniak@taftlaw.com |

24920758.1